# Exhibit 2

**Registration Number**

## PAu 3-693-966

**Effective date of
registration:**

October 1, 2013

## Title ━━━━━━━━━━━━━━━

**Title of Work:** Monster High 1 - #108 Party Planners

## Completion/Publication ━━━━━━━━━

**Year of Completion:** 2010

## Author ━━━━━━━━━━━━━━

■ **Author:** Mattel, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant ━━━━━━━━━

**Copyright Claimant:** Mattel, Inc.

333 Continental Blvd., El Segundo, CA, 90245, United States

## Certification ━━━━━━━━━━━━━

**Name:** Lynn A. Whelan

**Date:** October 1, 2013

**Registration Number**

# PA 1-803-677

**Effective date of
registration:**

November 21, 2011

## Title

**Title of Work:** Monster High: Fright On!

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 30, 2011　　**Nation of 1st Publication:** United States

## Author

- **Author:** Mattel, Inc.

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Mattel, Inc.

Mattel, Inc., 333 Continental Blvd, El Segundo, CA, 90245

## Certification

**Name:** Cynthia J. Hays

**Date:** October 31, 2011

**Registration Number**

# PAu 3-694-025

**Effective date of registration:**

October 1, 2013

## Title

**Title of Work:** Monster High 1 - #114 Jaundice Brothers

## Completion/Publication

**Year of Completion:** 2010

## Author

■ **Author:** Mattel, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Mattel, Inc.

333 Continental Blvd., El Segundo, CA, 90245, United States

## Certification

**Name:** Lynn A. Whelan

**Date:** October 1, 2013

Page 1 of 1

**Registration Number**

## PA 1-871-472

**Effective date of
registration:**

October 21, 2013

## Title

**Title of Work:** Monster High 13 Wishes

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** October 8, 2013          **Nation of 1st Publication:** United States

## Author

■          **Author:** Mattel, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Mattel, Inc.

333 Continental Blvd., El Segundo, CA, 90245, United States

## Certification

**Name:** Lynn A. Whelan

**Date:** October 14, 2013

**Registration Number**

PA 1-792-520

**Effective date of
registration:**

April 25, 2012

## Title

**Title of Work:** Monster High: Escape from Skull Shores

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 13, 2012    **Nation of 1st Publication:** United States

## Author

- **Author:** Mattel, Inc.

   **Author Created:** entire motion picture

   **Work made for hire:** Yes

   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Mattel, Inc.

Mattel, Inc., 333 Continental Blvd, El Segundo, CA, 90245

## Certification

**Name:** Cynthia J. Hays

**Date:** April 13, 2012

**Registration Number**

## PAu 3-718-441

**Effective date of
registration:**

April 16, 2014

## Title

**Title of Work:** Monster High 16 - #663 We Are Monster High

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Mattel, Inc.

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Mattel, Inc.

333 Continental Blvd., El Segundo, CA, 90245, United States

## Certification

**Name:** Lynn A. Whelan

**Date:** April 16, 2014

Page 1 of 1

**Registration Number**

## PA 1-808-292

**Effective date of
registration:**

February 23, 2012

## Title

**Title of Work:** Monster High: Why Do Ghouls Fall in Love?

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** February 12, 2012      **Nation of 1st Publication:** United States

## Author

- **Author:** Mattel, Inc.

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Mattel, Inc.

Mattel, Inc., 333 Continental Blvd (M1/1225), El Segundo, CA, 90245

## Certification

**Name:** Cynthia J Hays

**Date:** February 13, 2012

**Registration Number**

## PAu 3-693-974

**Effective date of
registration:**

October 1, 2013

## Title

**Title of Work:** Monster High 1 - #106 Fear Squad

## Completion/Publication

**Year of Completion:** 2010

## Author

■     **Author:** Mattel, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Mattel, Inc.

333 Continental Blvd., El Segundo, CA, 90245, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay

**Previous registration and year:** PAu 3-445-747    2009

**New material included in claim:** production as a motion picture

## Certification

**Name:** Lynn A. Whelan

**Date:** October 1, 2013

Page 1 of 1

**Registration Number**

# PA 2-062-653

**Effective Date of Registration:**
October 20, 2016

## Title

**Title of Work:**  Welcome to Monster High; The Origin Story

## Completion/Publication

**Year of Completion:**  2016
**Date of 1st Publication:**  September 27, 2016
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Mattel, Inc.
  **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Mattel, Inc.
333 Continental Blvd., El Segundo, CA, 90245, United States

## Limitation of  copyright claim

**Material excluded from this claim:**  script/screenplay

**New material included in claim:**  production as a motion picture

## Certification

**Name:**  Richelle W. Savage
**Date**:  September 29, 2016