# Exhibit 1



# United States of America
## United States Patent and Trademark Office

# DRACULAURA

**Reg. No. 3,803,936**
**Registered June 15, 2010**
**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 90245

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-30-2010; IN COMMERCE 3-30-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-565,106, FILED 9-8-2008.

JANICE L. MCMORROW, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# DRACULAURA

**Reg. No. 3,895,421**

**Registered Dec. 21, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
M1-1518
EL SEGUNDO, CA 90245

FOR: HALLOWEEN COSTUMES; COSTUMES FOR USE IN CHILDREN'S DRESS-UP PLAY, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-20-2010; IN COMMERCE 9-20-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-945,068, FILED 2-25-2010.

YAT SYE, LEE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office