# Exhibit 3

| Def No. | Storename | Located in file | Page |
|---------|-----------|-----------------|------|
| 1 | AureusGlobeshop | Exh. 3 - part 1.pdf | 3 |

DEF NO.: 1, STORENAME: AureusGlobeshop
STOREURL: temu.com/mall.html?mall_id=634418224824562

| Draculaura CR |  | |
|---|---|---|
| 3,803,936 3,895,421 | DRACULAURA | |



DEF NO.: 1, STORENAME: AureusGlobeshop                    4
STOREURL: temu.com/mall.html?mall_id=634418224824562



DEF NO.: 1, STORENAME: AureusGlobeshop                                    5
STOREURL: temu.com/mall.html?mall_id=634418224824562

