**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| MATTEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUREUSGLOBESHOP, <br><br> Defendant. | Case No. 26-cv-03853 <br><br> **Judge Jeremy C. Daniel** <br><br> **Magistrate Judge Beth W. Jantz** |

**NOTICE OF WITHDRAWAL OF
PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Mattel, Inc. ("Plaintiff") hereby withdraws its Motion for Leave to File Under Seal

[4].

Dated this 7th day of April 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
habes@gbc.law

*Counsel for Plaintiff Mattel, Inc.*