**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MATTEL, INC.,

         Plaintiff,

v.

AUREUSGLOBESHOP,

         Defendant.

Case No. 26-cv-03853

**Judge Jeremy C. Daniel**

**Magistrate Judge Beth W. Jantz**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Mattel, Inc. ("Plaintiff") hereby dismisses this action without prejudice as to AureusGlobeshop. With this dismissal, the above captioned case may be terminated.

Dated this 23rd day of April 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
habes@gbc.law

*Counsel for Plaintiff Mattel, Inc.*